IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JACOB M. GLOVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 116-156 |
| | ) | |
| SENTINEL OFFENDER SERVICES, LLC; | ) | |
| AUGUSTA COURTHOUSE, Bankruptcy; | ) | |
| DUBLIN COURTHOUSE, Bankruptcy; | ) | |
| BRUNSWICK COURTHOUSE, Bankruptcy; | ) | |
| and COLUMBIA COUNTY SUPERIOR | ) | |
| COURT, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice under Loc. R. 41.1 for want of prosecution, and **CLOSES** this civil action.

SO ORDERED this 15th day of November, 2016, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA